**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| Mark Lott, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:23-623-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Dr. Michelle Dube, Eric Ramos, Ron | ) | |
| Lawrenz, Lisa Young, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that this action be dismissed with prejudice, without leave to amend. (Dkt. No. 13).   Plaintiff, a civilly committed individual, asserted that his constitutional rights had been violated by Defendants but failed to set forth the specific conduct of the individually named defendants allegedly responsible.   The Magistrate Judge issued an order affording Plaintiff the opportunity to correct the deficiencies in his complaint and warned that a failure to timely file an amended complaint would result in the Magistrate Judge recommending the dismissal of the action with prejudice.   (Dkt. No. 9).   Plaintiff failed to submit an amended complaint and the R & R then followed.

The Court has reviewed the R & R and other orders of the Magistrate Judge, the complaint, and the relevant legal authorities.   The Court finds that the Magistrate Judge ably summarized the factual and legal issues in this matter and correctly concluded that this action should be dismissed with prejudice and without leave to amend.   Therefore, the Court **ADOPTS** the R & R (Dkt. No. 13) as the order of the Court and **DISMISSES** this action with prejudice

and without leave to amend.

      **AND IT IS SO ORDERED**.


                        s/ Richard Mark Gergel
                        Richard Mark Gergel
                        United States District Judge

April 21, 2023
Charleston, South Carolina